## Cox v. Weller.

*Statute of frauds — promise to pay debt of another.*

Plaintiff, upon a contract for the sale of lumber to F., had delivered a part of the lumber, when defendant bought F.'s interest, in consideration whereof defendant verbally agreed to pay for the lumber already and to be delivered. *Held,* that the agreement was not within the statute of frauds, and could be enforced by plaintiff against defendant.

APPEAL by defendant from a judgment in favor of plaintiff, entered upon the verdict of a jury.

The action was brought by George N. Cox against Theron N. Weller, for lumber sold and delivered. Sufficient facts appear in the opinion.

*Hulse, Little & Finn,* for appellant.

*D. D. McKoon,* for respondent.

Present — BARNARD, P. J., TAPPEN and DONOHUE, JJ.

BARNARD, P. J.    This appeal presents chiefly a question of fact.
A Mr. Fitch had a contract with plaintiff for lumber ; part of it
was delivered and part was in process of delivery at Circleville sta-
tion, Orange county.    On the 7th of February, 1873, Fitch sold
all his interest in the lumber to defendant.    The plaintiff and Fitch
both testify that, in consideration of the sale, defendant agreed to
pay plaintiff on bill for lumber already delivered and for future
deliveries ; that the agreement was made by and between Fitch,
Cox and Weller.    The defendant has no remembrance of any
agreement with plaintiff, but says that " he (Fitch) proposed to
send the lumber in my name,    *    *    and the money came to me
and I was to pay the men."    The jury have found the issue upon
this question in favor of the plaintiff.

The only question remaining is a question of law upon the facts
thus found.    Was it within the statute of frauds when defendant
agreed to pay plaintiff a claim he had against Fitch for lumber in
consideration of the sale of the same lumber by Fitch to defendant?
It is well settled that such a promise is valid, and may be enforced
by plaintiff.    *Judson* v. *Gray*, 17 How. 289 ; *Lawrence* v. *Fox*, 20
N. Y. 268.

The judgment is affirmed, with costs.

*Judgment affirmed.*